FIRST NATIONAL BANK OF RACINE, Respondent, vs. SCHELLENBERG, Appellant.

*October 29—November 15, 1910.*

*Guaranty: Pleading.*

The complaint herein is *held* to state a good cause of action upon a contract of guaranty.

APPEAL from an order of the circuit court for Marathon county: A. H. REID, Circuit Judge.    *Affirmed.*

Action to recover on guaranty.

The pleader stated facts appropriate to a good cause of action to recover on a contract of guaranty, if the following shows a good contract of that character:

For the purpose of enabling the United States Washing Machine Company, a corporation doing business in this state, to obtain credit at plaintiff's bank, defendant with other stockholders of such corporation, September 30, 1903, in writing expressing a consideration, waiving notice of acceptance of the guaranty by plaintiff or of indebtedness incurred on the faith thereof by said corporation to plaintiff during the life of the guaranty, and signed by defendant, jointly and severally guaranteed the prompt payment at maturity or thereafter of any and all indebtedness either as principal or indorser, due on that day or which might thereafter become due from said corporation to the plaintiff, not exceeding $1,500, with interest at the rate of seven per cent. per annum from maturity until paid, and to pay all costs and expenses incurred in collecting such indebtedness, said guaranty to be continuing, subject only to termination by a written notice received by plaintiff to that effect and satisfaction of all liability thereunder existing at the date of such reception.    In reliance on such guaranty plaintiff extended credit to said corporation from time to time, taking its notes on account thereof and allowing renewals of the same, so that, June 9, 1909, such corporation was indebted to plaintiff in the sum of $2,000, for which it then took, relying upon the guaranty, a four months' six per cent. note of such corporation, payable October 9, 1909.    Said note became due before the commencement of this action, but no part thereof has been paid though demand therefor has been made.

The defendant demurred to the complaint for insufficiency. The demurrer was overruled and defendant appealed.

For the appellant the cause was submitted on the briefs of *Regner & Ringle.*

For the respondent there was a brief by *Hand & Hand,* and oral argument by *E. B. Hand.*

MARSHALL, J.  The foregoing brief statement of the contents of the complaint shows so clearly, by bare inspection, that the facts set forth constitute a good cause of action, it does not seem advisable to do more, in disposing of the appeal, than to state such conclusion and pronounce the proper judgment.

*By the Court.*—The order is affirmed.